**FILED**

NOV **2 1** 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'07 MJ 2727**

The person charged as  GALLARDO, Margarito                    now appears before this United

States District Court for an initial appearance as a result of the following charges having been filed in the United

States District Court for the   Eastern          District of        California                         on

  09/21/07          with:    **Title 21 USC 846**                                                **in violation of:**

**CONSPIRACY TO DISTRIBUTE AND TO POSSESS WITH INTENT TO**

  **DISTRIBUTE METHAMPHETAMINE.**

The charging documents and the warrant for the arrest of the defendant which was issued by the above
United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge,
information and belief.

DATED:      11/21/07

_____Robert Johnson _Robert Johnson_
CI -Deputy United States Marshal

Reviewed and Approved

DATE: **11/21/07**

_J. Puro_
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

RECEIVED
UNITED STATES MARSHALS
07 SEP 21 PM 12: 59
EASTERN DISTRICT
OF CALIFORNIA

## EASTERN DISTRICT OF CALIFORNIA

1387464

# SEALED

USA,

v.

**MARGARITO GALLARDO ,**

# WARRANT FOR ARREST

Case Number: **2:07-CR-00431-GEB**
**\*SEALED\***

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      **Margarito Gallardo ,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment    ☐ Information    ☐ Violation Petition    ☐ Other  _____

charging him or her with (brief description of offense)

**Conspiracy to distribute and to possess with intent to distribute methamphetamine**

in violation of Title **21**            United States Code, Section(s)  **846**

| | |
|---|---|
| M. Plummer | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | **9/21/07**        **Sacramento** |
| Signature of Issuing Officer | Date and Location |

Bail fixed at ·  $No bail            by     **Judge Gregory G. Hollows**

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant    _____

| | |
|---|---|
| Date Received | Name and Title of Arresting Officer |
| Date of Arrest | Signature of Arresting Officer |

1  McGREGOR W. SCOTT
   United States Attorney
2  PHILLIP A. TALBERT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-27□□

**FILED**

**SEALED** SEP 2 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,    )   CR No.  2 07 - CR - 0 4 3 1 GEB
                                 )
12          Plaintiff,           )   VIOLATIONS: 21 U.S.C. §§ 846 and
                                 )   841(a)(1) - Conspiracy to
13      v.                       )   Distribute and to Possess with
                                 )   Intent to Distribute
14  MARGARITO GALLARDO,          )   Methamphetamine
                                 )
15          Defendant.           )
                                 )
16  _____  )

I herby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U. S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated 9/21/07

17          I N D I C T M E N T

18      The Grand Jury charges:  T H A T

19              MARGARITO GALLARDO,

20  defendant herein, beginning at a time unknown to the Grand Jury,

21  but no later than in or about 2001, and continuing thereafter to

22  on or about October 13, 2005, in Sacramento County, State and

23  Eastern District of California, and elsewhere, did knowingly and

24  intentionally conspire with other persons known and unknown to

25  the Grand Jury, to distribute and to possess with intent to

26  distribute at least 500 grams of a mixture and substance

27  containing a detectable amount of methamphetamine, a Schedule II

28  controlled substance, in violation of Title 21, United States

1

1  Code, Sections 846 and 841(a)(1).

2                          A TRUE BILL.

3                          /s/ Signature on file w/AUSA

4                          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                           FOREPERSON

5

6  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   McGREGOR W. SCOTT
   United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                          2

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

### MARGARITO GALLARDO

## I N D I C T M E N T    2:07 - CR - 0 4 3 1 GEB

**VIOLATION(S):** 21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to
Distribute and to Possess with Intent to Distribute Methamphetamine 21

*A true bill,*

/S/

_____
                                         *Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ _ _ _ _ _ _ _ _ _ *, A.D. 20* _ _ _ _

_____
                                          *Clerk.*

*Bail, $* _ _ _ _ _ **NO BAIL WARRANT**

**GREGORY G. HOLLOWS**

GPO 863 525

U.S. MARSHAL SERVICE    Fax:9169302050    Nov 20 2007 03:27pm    P006/011

## PENALTY SLIP

## MARGARITO GALLARDO

VIOLATION:    21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Distribute and to
Possess with Intent to Distribute Methamphetamine

PENALTY:    Not more than $4,000,000 fine, or
Not less than 10 years to life imprisonment, or both
Not less than 5 years of supervised release

PENALTY
ASSESSMENT:    $100.00 special assessment

.: 0 7 - CR - 0 4 3 1 GEB

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

☐ SUPERSEDING INFORMATION ☐ SUPERSEDING

**\*\*SEALED\*\***

**OFFENSE CHARGED**

Conspiracy to Distribute and to Possess with Intent to distribute Methamphetamine

— Petty
— Minor
— Misde- meanor
☒ Felony

| Place of Offense: | Sacramento |
|---|---|

USC Citations:

21 U.S.C. §§ 846 and 841(a)(1)

---

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

**DEFENDANT -- U.S. vs.**

► **MARGARITO GALLARDO**

Address: 7761 Madrona Ct. Fontana, CA

Birth Date: 1/5/1947   ☒ Male ☐ Alien (if applicable) ☐ Female

(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

U.S. Drug Enforcement Administration

☐ this person is awaiting trial in another Federal or State Court, give name of court.

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing information on

THIS FORM   Jim Delaney, Special Agent - DEA

☐ U.S. Att'y ☒ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   PHILLIP A. TALBERT

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction ☐ Fed'l ☐ State

6) ☐ Awaiting trial on other charges If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give data

DATE OF ARREST ►   Mo. Day Year

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ►   Mo. Day Year

☐ This report amends AO 257 previously submitted

---

*ADDITIONAL INFORMATION OR COMMENTS*

**\*\*SEALED\*\***   Bench Warrant; Detention/Bail to be Determined at Initial Appearance.

2:07-CR-0431 GEB