Minutes of the United States District Court
Southern District of California
**DECEMBER 6, 2007**

HON. **JAN M. ADLER**              DEPUTY CLERK: **R. RHONE**

---

TAPE NO. JMA07-01-14:12-14:17

07MJ2727-JMA                USA       vs.        MARGARITO GALLARDO - 05664298 (C)

REMOVAL/ID HRG                                  KELLY RAMSAY - SPECIALLY APPEARING
                                                KNUT JOHNSON, CJA - NOT APPEARING

                                                AUSA: MICHELLE PETTIT

---

DFT WAIVES IDENTITY HRG
WAIVER FILED
ORDER OF REMOVAL FILED




5 MINUTES